**Jose MEDINA; Milagros Medina, Petitioners,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 00–70271.

I & NS No. A72–399–418 A72–399–419.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 10, 2001.

Decided Nov. 29, 2001.

Before REINHARDT, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM *

Substantial evidence supports the Board of Immigration Appeals' determination that Petitioner Jose Medina's fear of persecution was not on account of a political opinion. Medina failed to link his persecutors to the Peruvian government. *See Canas–Segovia v. INS,* 970 F.2d 599, 601 (9th Cir.1992). It was equally likely that Medina was being threatened as a result of an ongoing business feud with his uncle.

Since Medina failed to show that he had a well-founded fear of persecution on account of a political opinion, "we [ ] need to proceed no further because *a fortiori*", Medina fails to meet the more stringent standard for withholding of deportation.

*DeValle v. INS*, 901 F.2d 787, 789 (9th Cir.1990).

PETITION DENIED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.